**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

FEB 1 2 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | **SEALED** |
| v. | Case No. |
| JOSEPH CHARLES RIDDLE, | 25 CR 32 JFH |
| *Defendant.* | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF AMMUNITION
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about January 6, 2025, in the Eastern District of Oklahoma, the defendant, **JOSEPH CHARLES RIDDLE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting interstate commerce, ammunition, to wit:

- assorted ammunition, to include one (1) round of Hornady branded .45ACP caliber ammunition;

- eighteen (18) rounds of Federal branded .380ACP caliber ammunition;

- one (1) round of Remington branded .22 caliber ammunition;

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

## FELON IN POSSESSION OF A FIREARM
## AND AMMUNITION
## [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

Between on or about January 17, 2024, and in or about August 2024, in the Eastern District of Oklahoma, the defendant, **JOSEPH CHARLES RIDDLE**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, to wit:

- one (1) Winchester, Model 270, .22 caliber pump action rifle, no serial number observed;
- one (1) Savage Arms, Model Axis, 6.5 Creedmoor caliber, bolt action rifle, serial number N710080;
- fifteen (15) rounds of Winchester branded 6.5 Creedmoor caliber ammunition; and
- one (1) Sun City Machinery (Stevens), Model 320, 12-gauge, pump action shotgun, serial number 157011D,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
## [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One and Two of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), the defendant, **JOSEPH CHARLES RIDDLE**, shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- assorted ammunition, to include one (1) round of Hornady branded .45ACP caliber ammunition;

- approximately eighteen (18) rounds of Federal branded .380ACP caliber ammunition;

- approximately one (1) round of Remington branded .22 caliber ammunition;

- one (1) Winchester, Model 270, .22 caliber pump action rifle, no serial number observed;

- one (1) Savage Arms, Model Axis, 6.5 Creedmoor caliber, bolt action rifle, serial number N710080;

- approximately fifteen (15) rounds of Winchester branded 6.5 Creedmoor caliber ammunition; and

- one (1) Sun City Machinery (Stevens), Model 320, 12-gauge, pump action shotgun, serial number 157011D.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

LEWIS M. REAGAN, PA Bar: #86978
Assistant United States Attorney